

## MEMORANDUM OPINION

No. 04-08-00632-CR

Ronald David **ARRIAGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-0619
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:   April 1, 2009

DISMISSED

Appellant has filed a motion to dismiss the above numbered appeal by withdrawing his notices of appeal. The motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH